UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MEDASSIST-OP, INC.,**

    **Plaintiff,**

v.                                                              Case No.  8:07-cv-2145-T-30MSS

**MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official capacity,**

    **Defendant.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court *sua sponte*.  On May 12, 2008, United States Magistrate Judge Mary S. Scriven entered an Order granting Plaintiff's Counsel's Motion to Withdraw.  In the Order, Magistrate Judge Scriven indicated that Plaintiff, as a corporation, cannot appear *pro se* pursuant to Local Rule 2.03(e), M.D.Fla.  The Court gave Plaintiff until June 9, 2008, to retain new counsel and file a notice of appearance.  To date, Plaintiff has failed to retain new counsel.

    It is therefore ORDERED AND ADJUDGED that:

1.     This action is **DISMISSED WITHOUT PREJUDICE**.
2.     The Clerk is directed to close the file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2008.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-2145.dismissal.frm